IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LINDSEY LIDDIC**                                                                                          **PLAINTIFF**

v.                                              Case No. 4:22-CV-01087-LPR

**BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS,**
originally named as University of
Arkansas for Medical Sciences                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on the docket today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that (1) judgment is entered in favor of the Defendant on all Title VII claims, and (2) all ACRA claims are dismissed with prejudice.

IT IS SO ADJUDGED this 26th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE